IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOLOMON SOLOMON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:13-CV-4558-M-BH |
| | ) | |
| BRAD SHACKLEFORD, et. al, | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendations of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow court orders.

SIGNED this 13th day of January, 2014.

_BARBARA M. G. LYNN_
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS